```
                 UNITED STATES DISTRICT COURT
                           FOR THE
                     DISTRICT OF VERMONT


BRANDON GRIFFITH,                  :
                Plaintiff,         :
                                   :
        v.                         : Docket No. 2:05-CV-126
                                   :
ROBERT HOFMANN, VERMONT            :
DEPARTMENT OF CORRECTIONS,         :
VERMONT PROBATION DEPARTMENT,      :
JAY IMONS, DEB THIBAULT,           :
CELESTE GIRRELL, SCOTT MORLEY,     :
                Defendants.        :
```

ORDER

The Report and Recommendation of the United States Magistrate Judge was filed January 9, 2006. After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

The defendants' motion to dismiss (paper 15) is GRANTED in part and DENIED in part. The claims for damages against the defendants in their official capacities are DISMISSED. Plaintiff shall be allowed 20 days to amend his complaint with respect to his medication claim, and failure to so amend may result in the dismissal of that claim. If Plaintiff files a timely amendment, the defendants may file additional dispositive motions as appropriate. The defendants' motion to dismiss based upon lack of personal involvement and qualified

immunity is DENIED.

Dated at Burlington, in the District of Vermont, this 24th day of August, 2006.

<u>/s/ William K. Sessions III</u>
William K. Sessions III
Chief Judge