```
                    UNITED STATES DISTRICT COURT
                              FOR THE
                         DISTRICT OF VERMONT


BRANDON GRIFFITH,                    :
              Plaintiff,             :
                                     :
       v.                            : Docket No. 2:05-CV-126
                                     :
ROBERT HOFMANN, VERMONT              :
DEPARTMENT OF CORRECTIONS,           :
VERMONT PROBATION DEPARTMENT,        :
JAY IMONS, DEB THIBAULT,             :
CELESTE GIRRELL, SCOTT MORLEY,       :
              Defendants.            :
```

                              ORDER
                            (Paper 33)

   The Report and Recommendation of the United States Magistrate Judge was filed July 13, 2007.  After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

   The motion to dismiss (paper 33) is DENIED.  The parties are to comply with Local Rule 26.1(b) and submit a joint discovery schedule within 10 days of the date of this order.

   Dated at Burlington, in the District of Vermont, this 31st day of July, 2007.

                                   /s/ William K. Sessions III
                                   William K. Sessions III
                                   Chief Judge