UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Brandon Griffith,<br>    Plaintiff, | :<br>:<br>: |
| v. | : File No. 2:05 CV 126 |
| Robert Hofmann, Vermont<br>Department of Corrections,<br>Vermont Probation Department,<br>Jay Simons, Deb Thibault,<br>Celeste Girrell, Scott Morley,<br>    Defendants. | :<br>:<br>:<br>:<br>:<br>: |

ORDER

The Report and Recommendation of the United States Magistrate Judge was filed October 1, 2008. After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

The defendants' motions for summary judgment (Papers 46 and 53) are GRANTED.

This case is DISMISSED.

Dated at Burlington, in the District of Vermont, this 21st day of October, 2008.

/s/ William K. Sessions III
William K. Sessions III
Chief Judge